BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
        clozano@unioncounsel.net
        tmainguy@unioncounsel.net
        rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA § 502)** |
| Plaintiffs, | |
| v. | |
| TITAN D.V.B.E. INCORPORATED, a California Corporation | |
| Defendant. | |

Plaintiffs complain of Defendant, and for cause of action allege:

## JURISDICTION AND INTRADISTRICT ASSIGNMENT

### I.

This action arises under and is brought pursuant to section 502 of the Employee

Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1  court since contributions are due and payable in the County of San Francisco.  Therefore,

2  intradistrict venue is proper.

3  **PARTIES**

4  **II.**

5        At all times material herein, Plaintiffs The Board of Trustees were Trustees of the

6  Laborers Health and Welfare Trust Fund for Northern California (hereinafter "Welfare Fund");

7  Laborers Pension Trust Fund for Northern California (hereinafter "Pension Fund"); Laborers

8  Vacation-Holiday Trust Fund for Northern California (hereinafter "Vacation Fund"); and the

9  Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Training

10  Fund") (collectively referred to as "Trust Funds").  At all times material herein, each of the

11  above-named Trust Funds was, and now is, an employee benefit plan created by a written Trust

12  Agreement subject to and pursuant to section 302 of the LMRA (29 U.S.C. § 186), and a multi-

13  employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29

14  U.S.C. §§ 1002, 1003 and 1132).  Each of the above-named Trust Funds is administered by a

15  Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the

16  express provisions of the Trust Agreements.  All of the above-named Trust Funds and their

17  respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs".

18  **III.**

19        At all times material herein, Titan D.V.B.E. Incorporated (hereinafter referred to as

20  "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of

21  ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within

22  the meaning of section 301 of the LMRA (29 U.S.C. § 185).

23  **ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF**

24  **IV.**

25        At all relevant times, Defendant was signatory and bound to a written collective

26  bargaining agreement with the Northern California District Council of Laborers (hereinafter

27  "Union"), a labor organization within the meaning of section 301 of the LMRA (29 U.S.C. §

28  185). Defendant became subject to all the terms and conditions of the AGC/Laborers Master

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1   Traffic Control/Lane Closure Agreement (hereinafter "Master Agreement") by virtue of signing a

2   Memorandum of Agreement (hereinafter "Memorandum Agreement") with the Union, which

3   incorporated by reference the Master Agreement.  A true and correct copy of the Master

4   Agreement is attached hereto as Exhibit "A," and a true and correct copy of the Memorandum

5   Agreement is attached hereto as Exhibit "B," all of which are incorporated by reference herein.

6   Hereinafter, the Memorandum Agreement, Master Agreement, and Trust Agreements are

7   collectively referred to as the "Agreements."

8                                          **V.**

9          The Master Agreement, by its terms, incorporates the various Trust Agreements

10  establishing each of the Trust Funds.  By said Master Agreement, Defendant promised to

11  contribute and pay to Plaintiffs the hourly amounts required by said Agreements for each hour

12  paid for or worked by any of its employees who performed any work covered by the Agreements,

13  and that it would be subject to and bound by all of the terms, provisions, and conditions of the

14  Trust Agreements as incorporated by the terms of the Master Agreement.

15                                         **VI.**

16         The Agreements provide for prompt payment of all delinquent contributions to the various

17  Trust Funds, and provide for the payment of interest on all delinquent contributions; liquidated

18  damages as a reasonable attempt to cover the damages incurred by the Trust Funds in the event of

19  a breach by the employer where it would be impracticable or extremely difficult to calculate

20  losses at the time the Agreements were negotiated; attorneys' fees and other collection costs; and

21  for the audit of the signatory employer or employers' books and records in order to permit the

22  Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required

23  by the applicable labor agreements and law.

24                        **FIRST CLAIM FOR RELIEF**
                          **(BREACH OF CONTRACT)**

25                                        **VII.**

26         Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

27  //

28  //

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

**VIII.**

Defendant has failed, neglected, or refused to make timely fringe benefit contributions as required by the Laborers Master Agreement and Laborers Trust Agreements and there is now due and owing and unpaid to the Laborers Trust Funds contributions in the sum estimated to be at least $49,107.88 for the period of July 2017 through December 2017; plus liquidated damages and interest on unpaid contributions reported to the Trust Funds without payment in the amount estimated to be at least $2,949.22 for the period of July 2017 to November 2017.  Additionally, Defendant owes liquidated damages and interest on contributions paid but paid late in the amount estimated to be at least $15,169.50 for the period of December 2013 to June 2017.

**IX.**

Plaintiffs are the intended third-party beneficiaries of the Agreements, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Agreements.

**X.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

**XI.**

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Master Agreement, Trust Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

**SECOND CLAIM FOR RELIEF**
**(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**
**XII.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**XIII.**

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Master Agreements and Trust Agreements, and has caused Plaintiffs actual damages in an amount to be proven at trial.

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

### THIRD CLAIM FOR RELIEF
### (AUDIT)
### XIV.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

### XV.

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine same.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant Titan D.V.B.E. Incorporated, as follows:

1.     That Defendant be ordered to pay contributions to the Laborers Trust Funds in the amount of $49,107.88 plus interest thereon;

2.     That Defendant be ordered to pay liquidated damages and interest on unpaid contributions reported to the Trust Funds without payment in the amount estimated to be at least $2,949.22 for the period of July 2017 to November 2017;

3.     That Defendant be ordered to liquidated damages and interest on contributions paid but paid late in the amount estimated to be at least $15,169.50 for the period of December 2013 to June 2017;

4.     That Defendant be ordered to pay actual damages according to proof;

5.     That this Court issue an Order directing and permanently enjoining Defendant to timely submit to Plaintiffs all reports and contributions due and owing by Defendant plus interest, liquidated damages, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

6.     That this Court issue an Order permanently enjoining Defendant, for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

7.     That Defendant be ordered to pay attorneys' fees;

8.     That Defendant be ordered to submit to an audit between Plaintiffs and Defendant;

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1       9.    That Defendant be ordered to pay costs of suit herein;

2       10.    That this Court grant such further relief as this Court deems just and proper and;

3       11.    That this Court retain jurisdiction of this matter to enforce the Order compelling

4   an Audit and payment of all amounts found due and owing.

5   Dated: February 27, 2018              WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation

6

7                                   */s/ Tracy L. Mainguy*

8                     By:    TRACY L. MAINGUY
                                 Attorneys for Plaintiff

   144716\957323

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.